1    KEVIN V. RYAN (CSBN 118321)
     United States Attorney
2    JAY R. WEILL (CSBN 75434)
     Assistant United States Attorney
3    Chief, Tax Division
     CYNTHIA STIER (DCBN 423256)
4    Assistant United States Attorney
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102
         Telephone: (415) 436-7000
6        Facsimile:  (415) 436-6758
         Email: cynthia.stier@usdoj.gov
7
     Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT FOR THE
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
     JOSEPH R. BANISTER,                )    No. C-06-80153-JW
12                                       )
                                         )    STIPULATION OF PARTIES
13          Petitioner,                  )    TO DISMISS ACTION AND
                                         )    [PROPOSED] ORDER
14                                       )
        v.                               )
15                                       )
                                         )
16   UNITED STATES OF AMERICA,           )
                                         )
17          Respondent.                  )
                                         )
18   _____ )

19          The parties agree, subject to the Court's approval, as follows:

20   _____1.      On May 17, 2006, the Internal Revenue Service served an administrative

21   summons on Alliance Credit Union for documents and/or information pertaining to tax matters

22   of petitioner with respect to the 2002, 2003 and 2004 tax years.

23          2.      Petitioner commenced this action by filing a Petition to quash the IRS summons

24   described in paragraph 1, above.

25          3.      The United States filed its opposition to the petition to quash and moved to

26   enforce the administrative summons described above.

27          4.      The administrative summons described above should be quashed with respect to

28   the 2002 tax year.

1        5.      The administrative summons, described above, should be enforced with respect to

2   the 2003 and 2004 tax years.

3        6.      That this action should be dismissed pursuant to Rule 41(a) of the Federal Rules

4   of Civil Procedure.

5

6   IT IS SO STIPULATED:

7

8                                              KEVIN RYAN
                                               United States Attorney

9

10  DATED: September 27, 2006                  /s/ Cynthia Stier
                                               CYNTHIA L.STIER
11                                             Assistant United States Attorney
                                               Attorney for the United States of America
12

13

14                                             ROBERT G. BERNHOFT LAW OFFICES

15

16  DATED: September 26, 2006                  /s/ Robert E. Barnes
                                               ROBERT E. BARNES
17                                             Attorney for Petitioner
                                               JOSEPH R. BANISTER
18  //

19  //

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

1.   That the administrative summons issued to Alliance Credit Union on or about

     May 17, 2006, for documents and/or information pertaining to tax matters of

     petitioner with respect to the 2002, 2003 and 2004 tax years, is quashed as it pertains

     to 2002 tax year;

2.   That the summons is enforced with respect to the 2003 and 2004 tax years.

3.   That this action is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil

     Procedure.

Dated:     10/02/06

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE